# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-271

_____

HAROLD RUDISILL and PATRICIA
RUDISILL,

   Appellants,

   v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,

   Appellee.

_____


On appeal from the Division of Administrative Hearings.
G. W. Chisenhall, Judge.

October 31, 2018


PER CURIAM.

   AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tyson J. Pulsifer of Finn Law Group, P.A., Largo, for Appellants.

Ross Marshman, Chief Appellate Counsel, Department of Business & Professional Regulation, Tallahassee, for Appellee.